IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:21-CR-49 (MTT) |
| | ) |
| KAREEN BASLEY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

The defendant, by and through his counsel, has moved to continue this case until the next trial term.  Doc. 25.  The defendant was indicted on August 12, 2021 and had his arraignment in this Court on August 26, 2021.  Docs. 1; 10.  Two prior continuances have been granted.  Docs 19; 22.  The defendant, by and through his counsel, now moves the Court to continue this case to the next trial term to provide additional time for the defendant and his counsel to investigate the charge, formulate a defense, file any applicable pretrial motions, and pursue plea negotiations in lieu of trial.  Doc. 25 at 1.  The government does not oppose the motion.  *Id.*

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial.  Accordingly, the motion (Doc. 25) is **GRANTED**.  The case is continued from the January term until the Court's trial term presently scheduled for **February 28, 2022**.  The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 16th day of December, 2021.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT